1   Rudolph A. Telscher, Jr.*
    email:  rtelscher@hdp.com
2   Kara R. Fussner*
    email:  kfussner@hdp.com
3   HARNESS, DICKEY & PIERCE, P.L.C.
    7700 Bonhomme, Suite 400
4   St. Louis, MO  63105
    Telephone:  314-726-7500
5   Facsimile:  314-726-7501
    *Pro HacVice
6
    Attorneys for Plaintiff Wolff Shoe Company
7
    KURT A. SCHLICHTER (CA SBN 172385)
8   STEVEN C. SHONACK (CA SBN 173395)
9   JAMIE L. KEETON (CA SBN 265267)
    VALERIA GOLODNITSKA (CA SBN 289865)
10  SCHLICHTER & SHONACK, LLP
11  2381 Rosecrans Avenue, Suite 326
    El Segundo, CA 90245
12  Telephone: (310) 643-0111
13  Fax: (310) 643-1638
    kas@sandsattorneys.com
14  scs@sandsattorneys.com
15  jlk@sandsattorneys.com
16
    Attorneys for Defendant and Counter-Claimant
17  ROYAL 4 SYSTEMS, INC.
18
19              UNITED STATES DISTRICT COURT
20              CENTRAL DISTRICT OF CALIFORNIA
21
22  WOLFF SHOE COMPANY,            Case No. 2:15-cv-04369 SVW(AJWx)

23          Plaintiff,            (PROPOSED) ORDER
                                  DISMISSING CASE WITH
    vs.                           PREJUDICE
24
25  ROYAL 4 SYSTEMS, INC.,
26          Defendant.
27
28

JS-6

1  Based upon the Joint Stipulation of Dismissal and for good cause being shown,

2  the Court orders all claims and counterclaims in this Action is dismissed with prejudice,

3  subject to the terms of the Parties' Settlement Agreement. Each party is to bear its own

4  costs and attorneys' fees.

5  **IT IS SO ORDERED**

6  DATED:  October 28, 2015

7  Judge of the United States District Court
   STEPHEN V. WILSON

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28